## Earl Williams, Appellee, v. Bertha Kraper, Appellant.

### (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed March 9, 1940; rehearing denied April 15, 1940. J. E. Carr, for appellant; S. M. Ward, for appellee. Opinion by JUSTICE DADY. ''Not to be published in full.''